STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2011-1060         MICHAEL KENT V U.S TRUST

Filing Date: 08-25-2011                                    Case Type: BOOK ACCOUNT
Case Status: UNASSIGNED                                    Status Date: 08-25-2011

Plaintiff: MICHAEL KENT                                    Attorney: ANDREW BILODEAU
    ID: @11416793                                          Attorney: KRISTEN FORBES
Defendant: U.S TRUST
    ID: @11416794
Defendant: BANK OF AMERICA CORP.
    ID: @11416795

### Scheduled Events

| Date | Event | Location | Judge |
|------|-------|----------|-------|

### Prior Events

| Date | Event | Location | Judge |
|------|-------|----------|-------|

### Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|-------------|----------|--------|---------------|

### Docket Entry Information

| Date | Description | Text |
|------|-------------|------|
| 08-25-2011 | COMPLAINT FILED | |
| 08-25-2011 | INITIAL FILING FEE | |
| 09-06-2011 | Payment Applied | A Payment of -$160.00 was made on receipt SCK77546. |
| 10-04-2011 | NOTICE OF REMOVAL | OT U.S DISTRICT COURT. |
| 10-04-2011 | CASE REMVD TO US DISTRICT CT | |

TRUE COPY ATTEST

NANCY STRIULI, CLERK
KENT COUNTY SUPERIOR COURT